## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| W.C. Ventures LLC,<br>fdba Top's Diner, | Chapter 7 |
| **Debtor 1** | Case No. 1:22–bk–00572–HWV |

Social Security No.:

Employer's Tax I.D. No.:
          86–1163779

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

          **Leon P. Haller**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 28, 2023

**fnldec** (01/22)